IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                         No. CIV S-12-1093 GGH P

    vs.

SACRAMENTO COUNTY MAIN JAIL,
et al.,

        Defendants.                    ORDER

/

       Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee. Plaintiff is cautioned, however, that, on the face of it, he appears to be barred by the three-strikes provision of § 1915(g) from proceeding in forma pauperis in this matter. The court takes judicial notice[1] of the national pro se "three

---

[1] A court may take judicial notice of court records. See Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994); MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

strikes" database, and the cases therein cited, which a Ninth Circuit committee has directed this court to access for PLRA three-strikes screening purposes. The national database identifies plaintiff as a litigant who has been barred from proceeding in forma pauperis in a civil rights action as of August 1, 2006.  In, e.g., Case No. 1:06cv1429 OWW SMS, by an order, filed on April 20, 2007, plaintiff was identified as having filed, as of September 25, 2006, one hundred and twenty-four actions in the Fresno division of this district, forty-four of which had been filed in September alone, with fourteen of the complaints, largely identical, having been filed on one day in September, none of which had included the filing fee.  On January 19, 2012, in the Sacramento division, plaintiff was barred from proceeding in Case No. 2:11-2200 JAM GGH P, by the three-strikes provision of 28 U.S.C. § 1915(g), and his request to proceed in forma pauperis was denied. Therefore, it is unlikely that plaintiff's in forma pauperis application will suffice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 30, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009/:mp
weav1093.3a